IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-00304-BO-RJ

| | |
|---|---|
| CYNTHIA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Defendant's Uncontested Motion to Appear Remotely for the hearing scheduled for 2:30 p.m. on July 24, 2025, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED this **17** day of July, 2025.

*Terrence Boyle*
Hon. Terrence W. Boyle
United States District Judge